IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–3–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RIGONALDO DIAZ-CHIXNA, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 25.) Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Rigonaldo Diaz-Chixna is charged with one count of illegal reentry after deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(1), as set forth in the Indictment. (Doc. 4.) Judge DeSoto recommends that this Court accept Diaz-Chixna's guilty plea as to the sole count after he appeared before her pursuant to

1

Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge

DeSoto's Findings and Recommendation and adopts them in full, including the

recommendation to defer acceptance of the Plea Agreement until sentencing when

the Court will have reviewed the Plea Agreement and Presentence Investigation

Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 25) is ADOPTED in full.

IT IS FURTHER ORDERED that Diaz-Chixna's motion to change plea

(Doc. 19) is GRANTED.

IT IS FURTHER ORDERED that Diaz-Chixna is adjudged guilty as

charged in the Indictment.

DATED this 3rd day of June, 2025.


Dana L. Christensen, District Judge
United States District Court